# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC B. JULIER, <br><br> Defendant. | PO-21-05145-GF-JTJ <br><br> VIOLATION: <br> E1103153 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $60 fine and $30 processing fee for violation E1103153 (for a total of $90), and for good cause shown, IT IS ORDERED that the $90 fine paid by the defendant is accepted as a full adjudication of violation E1103153.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 14th day of September, 2020.

_____
John Johnston
United States Magistrate Judge